# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAIME RIOFRIO,**<br><br>              **Plaintiff,**<br><br>      **v.**<br><br>**NOORA O. LAWAL,**<br><br>              **Defendant.** | 10-CV-4602 (WJM)<br><br><br>**ORDER** |

This matter having come to the Court's attention *sua sponte* upon the filing of a complaint by Plaintiff Jaime Riofrio ("Riofrio"); the Court noting that Riofrio alleges violation of N.J.S.A.2c:13-4, a New Jersey criminal statute prohibiting interference with the custody of a minor child; the Court finding that it lacks jurisdiction to adjudicate allegations of criminal conduct brought by a private individual as opposed to a governmental entity or agency, *see Stankevich v. The SSA Local Office*, 2007 WL 2221422, *2 (E.D.P.A. July 27, 2007); the Court finding that matters pertaining to domestic relations and in particular custody decrees are not appropriately heard in federal court and should be filed in state court, *see Marshall v. Marshall,* 547 U.S. 293, 295-96 (2006); *Ankenbrandt v. Richards*, 504 U.S. 689, 693-95 (1992); the Court finding that *sua sponte* dismissal is permissible when the jurisdictional defect is apparent on the face of the Complaint, *see Ray v. Kertes*, 285 F.3d 287, 297 (3d Cir. 2002); and for good cause,

    **IT IS** on this 14th day of September 2010, hereby

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.


/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**